CHARLES P. BARNES, Respondent, *v.* RICHARD P. MARTIN, Appellant.

*Barnes* v. *Martin*, 164 App. Div. 912, affirmed.
(Argued March 16, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from interfering with the rebuilding by respondent of a dam across Allen's creek in the town of Brighton, to recover damages resulting to this respondent on account of the alleged unlawful destruction of said dam by said defendant and to secure a permanent injunction restraining said

defendant from interfering with such dam in any manner after the same had been rebuilt.

*Edward Lynn* for appellant.

*Delbert C. Hebbard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.